**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ZURICH SERVICES CORPORATION,

     Plaintiff,

v.                              Case No: 8:13-cv-1896-T-30EAJ

PROFESSIONAL MANAGEMENT
SERVICES GROUP, INC.,

     Defendant.

_____

**ORDER**

THIS CAUSE comes before the Court upon the Garnishee, Bank of America's Statutory Demand for Attorney's Fees Deposit (Dkt. 42). The garnishee seeks, pursuant to §77.28 of the Florida Statutes, that it be paid the statutory allowance of $100 for attorney's fees.   On May 21, 2014, Plaintiff Zurich Services Corporation filed a response indicating that it does not oppose the demand.

Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1.  Garnishee, Bank of America's Statutory Demand for Attorney's Fees Deposit (Dkt. 42) is GRANTED.

2.  The Clerk is directed to immediately disburse the $100.00 filing fee deposit to Bank of America c/o Ana M. Jhones, Esq., Haley & Jhones, P.A., 1500 San Remo Avenue, Suite 222, Coral Gables, FL 33146 and close this file.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of September, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2013\13-cv-1896 order distribute attorneys fees.docx