**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ZURICH SERVICES CORPORATION,

    Plaintiff,

v.                                        Case No: 8:13-cv-1896-T-30EAJ

PROFESSIONAL MANAGEMENT
SERVICES GROUP, INC.,

    Defendant.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Elizabeth A. Jenkins (Dkt. #80). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. #80) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Motion to Commence Proceedings Supplementary and to Implead Third Parties into Proceedings (Dkt. #70) is GRANTED to the extent that:

   A. Proceedings supplementary are commenced;

   B. Third-parties Staffing Concepts National, Inc. and Executive Management, Inc. are impleaded in this action;

   C. Plaintiff is granted leave to file its Supplemental Complaint within fourteen (14) days of the date of this Order;

   D. Plaintiff is required to serve on Staffing Concepts National, Inc. and Executive Management, Inc., within thirty (30) days after filing of the Supplemental Complaint, by formal service of process, a copy of this Order, Plaintiff's Motion to Commence Proceedings Supplementary and to Implead Third Parties into Proceedings (Dkt. #70), and the Supplemental Complaint.

   E. Plaintiff is required to file proof of such service; and

   F. Staffing Concepts National, Inc. and Executive Management, Inc. are required to respond to the Supplemental Complaint.

3. Plaintiff's request for attorneys' fees and costs associated with the proceeding supplementary, pursuant to Florida Statutes Section 56.29(11), is DENIED without prejudice to reassert at the appropriate time. *See Kobarid Holding, S.A. v. Reizen*, No. 03-23269-CIV, 2007 WL 14294, at *3 (S.D. Fla. Jan. 2, 2007) (granting the plaintiff's

motion to commence supplementary proceedings but denying without prejudice to renew at a later date, if appropriate, the plaintiff's request for costs and attorney's fees).

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of April, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies Furnished To</u>:
Counsel/Parties of Record

S:\Even\2013\13-cv-1896 adopt 80.docx

3