# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**ZURICH SERVICES CORPORATION,**

    **Plaintiff,**

v.                                                **Case No.  8:13-cv-1896-T-30EAJ**

**PROFESSIONAL MANAGEMENT
SERVICES GROUP, INC., F/K/A PEO
MANAGEMENT GROUP, INC.,**

    **Defendant.**

_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff Zurich Services Corporation's Uncontested Motion for Attorney's Fees and Costs (Dkt. 154).  Upon review and consideration, and in light of the fact that the motion is uncontested, the Court grants the motion.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff Zurich Services Corporation's Uncontested Motion for Attorney's Fees and Costs (Dkt. 154) is granted.

2. The Clerk of Court shall enter a **final judgment** in Plaintiff's favor and against Defendant in the amount of **$76,347.70** which represents costs and attorney's fees.  This amount shall accrue postjudgment interest at the Federal statutory rate.

**DONE** and **ORDERED** in Tampa, Florida on December 22, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record